# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kylee Marie Mann, | ) | Case Nos. 1:19-cr-045 and 1:19-cr-136 |
| | ) | |
| Defendant. | ) | |

On April 26, 2021, the court convened a hearing on a petition for action on defendant's conditions of release. AUSA Rick Volk appeared on behalf of the United States. Attorney Lynn E. Slaathaug Moen appeared on behalf of defendant.

At the outset of the hearing defendant advised that she did not contest the allegations contained in the petition. For the reasons articulated on the record, the court **ADOPTS** the recommendation of the United States and defense counsel and shall continue defendant on her existing conditions of release.

**IT IS SO ORDERED.**

Dated this 26th day of April, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court